UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## MEMORANDUM

| Case No. | CV 12-1801 DSF (JCx) | Date | 04/17/12 |
|---|---|---|---|
| Title | Sarkis Dovoddaniel v. Bank of America, N.A., et al. | | |

| Present: The Honorable | DALE S. FISCHER, United States District Judge |
|---|---|

| Debra Plato | Not Present |
|---|---|
| Deputy Clerk | Court Reporter |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| Not Present | Not Present |

**Proceedings:** (In Chambers) ORDER TO SHOW CAUSE RE LACK OF SUBJECT MATTER JURISDICTION

On March 2, 2012, Plaintiff filed this action alleging jurisdiction based on 28 U.S.C. § 1345.

28 U.S.C. § 1345 provides original jurisdiction over "all civil actions, suits or proceedings commenced by the United States, or by any agency or officer thereof expressly authorized to sue by Act of Congress." However, this statute does not provide jurisdiction here because neither the United States nor any agency or officer authorized to sue by Act of Congress commenced this action.

Because Plaintiff did not adequately allege why the Court has subject matter jurisdiction, the Court orders Plaintiff to show cause in writing on or before May 2, 2012 why this action should not be dismissed for lack of subject matter jurisdiction.

IT IS SO ORDERED.